■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND JOHNS, Appellant. [679 NYS2d 305] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered July 24, 1996, convicting defendant, after a jury trial, of attempted murder in the second degree, and sentencing him, as a second felony offender, to a term of 8 to 16 years, unanimously affirmed.

The verdict was not against the weight of the evidence. We see no reason to disturb the jury's credibility determinations. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.